UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
CYNTHIA TOMPKINS,

                Plaintiff,                        09 Civ. 8466 (SHS)

      -against-                                  ORDER

LOCAL 32BJ SEIU, *et al.*,

                Defendants.
-------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      On October 6, 2009, *pro se* plaintiff Cynthia Tompkins filed a complaint against Local 32BJ SEIU, and Allied Union alleging violations of Title I of the Labor Management Reporting and Disclosure Act (29 U.S.C. §§ 411-15 ("LMRDA")). Pending before the Court now is a motion by plaintiff to amend the complaint by adding Mayor Michael Bloomberg, the New York City Office of the Comptroller, and Allied Barton Security Services. On April 12, 2010, Magistrate Judge Ronald Ellis issued a Report and Recommendation, recommending that plaintiff's motion be granted as to Allied Barton Security Services, and denied as to Mayor Michael Bloomberg and the New York City Office of the Comptroller.

      Although no party has submitted any objections to the Report and Recommendations, the Court has an independent duty to review the Report and Recommendation, *see Advance Coating Technology, Inc. v. LEP Chemical, Ltd.* 142 F.R.D. 91, 93 (S.D.N.Y. 1992). After so doing this Court adopts the Magistrate's Report and Recommendation in its entirety.

      Accordingly, IT IS HEREBY ORDERED that Magistrate Judge Ellis' Report and Recommendation is adopted and plaintiff's motion to amend the complaint [Dkt. # 26] is granted as to Allied Barton Security Services, and denied as to Mayor Michael Bloomberg and the New York City Office of Comptroller.

Dated: New York, New York
       May 19, 2010

SO ORDERED:

Sidney H. Stein, U.S.D.J.

1